RECEIVED
SEP 19 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

KYLE SMITH HAUENSTEIN

VERSUS

RAPIDES PARISH SHERIFF'S
DEPARTMENT, ET AL.

DOCKET NO.: 1:14-cv-03188

JUDGE DEE D. DRELL
MAG. JUDGE PEREZ-MONTES

## JUDGMENT

After independent (*de novo*) review of the record, including the objection filed herein, the court declines to adopt the Report and Recommendation (Doc. 73) of the Magistrate Judge previously filed, and in consideration of the filing of the Second Motion for Summary Judgment which will be separately considered,

**IT IS ORDERED** that the Defendants Motion for Summary Judgment (Doc. 36) is **DENIED** as moot.

SIGNED at Alexandria, Louisiana, this 16th day of September, 2016.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT