RECEIVED
JAN 3 0 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KYLE SMITH HAUENSTEIN | CIVIL ACTION NO. 1:14-CR-03188 |
| VERSUS | CHIEF JUDGE DRELL |
| RAPIDES PARISH SHERIFF'S DEPT., *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Defendants' motion for summary judgment (Doc. 36) is DENIED AS TO SHERIFF HILTON, in both his individual and official capacities, and as to both the federal and state law claims.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 30 day of January, 2017.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT