U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB - 7 2017

TONY R. MOORE, CLERK
BY: _____ MG
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| KYLE SMITH HAUENSTEIN | DOCKET NO.: 1:14-cr-03188 |
| VERSUS | |
| RAPIDES PARISH SHERIFF'S DEPT., ET AL. | JUDGE DEE D. DRELL<br>MAG. JUDGE PEREZ-MONTES |

## AMENDED JUDGMENT

**IT IS ORDERED** that the Judgment entered on January 30, 2017 (Doc. 98) is hereby **VACATED** in light of the typographical errors contained therein. Accordingly, we issue this amended judgment which reads:

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 92), and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law, it is hereby

**ORDERED** that Defendants' second motion for summary judgment (Doc. 74) is **DENIED** as to Sheriff Hilton on both his individual and official capacity claims and as to both the federal and state law claims.

**SIGNED** at Alexandria, Louisiana on this 7th day of February, 2017.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT